## UNITED STATES DISTRICT court
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MARQUIS JENKINS,

      Petitioner,

v.                                                    Case No. 2:11-CV-10469

STEVE RIVARD,

      Respondent,

_____/

### JUDGMENT

In accordance with the court's "Opinion and Order Denying The Petition for a Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability,'" dated January 31, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Steve Rivard and against Petitioner Marquis Jenkins.  Dated at Detroit, Michigan, this 31st day of January 2012.

DAVID J. WEAVER
CLERK OF THE COURT

    S/Lisa Wagner
By:  Lisa Wagner, Case Manager
     to Judge Robert H. Cleland